**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF LOUISIANA

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                    4/19

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Cape Quarry, LLC** |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **82-2861538** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **635 Highlandia Ave, Suite A**<br>**Baton Rouge, LA 70810**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **East Baton Rouge**<br>County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    **Cape Quarry, LLC**                                                    Case number (*if known*) _____
      Name

**7.**   **Describe debtor's business**

   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

   ☐ Railroad (as defined in 11 U.S.C. § 101(44))

   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

   ■ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
      See http://www.uscourts.gov/four-digit-national-association-naics-codes.
      **2123**

**8.**   **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*

   ☐ Chapter 7

   ☐ Chapter 9

   ■ Chapter 11. *Check all that apply*:

      ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

      ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

      ☐ A plan is being filed with this petition.

      ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

      ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

      ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

**9.**   **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

   ■ No.

   ☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.**   **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

   ☐ No

   ■ Yes.

| | | | | |
|---|---|---|---|---|
| Debtor | **Dominion Group, LLC** | Relationship | | **Cape Quarry Subsidiary Debtor** |
| District | **Eastern District of Louisiana** | When | **9/03/19** | Case number, if known   **19-12366** |

| Debtor | **Cape Quarry, LLC** | | Case number (*if known*) | |
| | Name | | | |

**11. Why is the case filed in *this district?***

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

. *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☑ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor   **Cape Quarry, LLC**
_____
Name

Case number (*if known*) _____

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September  3, 2019**
_____
MM / DD / YYYY

**X /s/ Joe William Cline, III**
_____
Signature of authorized representative of debtor

**Joe William Cline, III**
_____
Printed name

Title   **Mgr of Dominion Group, LLC, Member of Cape Quarry, LLC**
_____

---

**18. Signature of attorney**

**X /s/ Robin B. Cheatham**
_____
Signature of attorney for debtor

Date **September  3, 2019**
_____
MM / DD / YYYY

**Robin B. Cheatham 4004**
_____
Printed name

**Adams and Reese LLP**
_____
Firm name

**701 Poydras Street,Suite 4500**
**New Orleans, LA 70139**
_____
Number, Street, City, State & ZIP Code

Contact phone   **504-581-3234**   Email address   **robin.cheatham@arlaw.com**

**4004 LA**
_____
Bar number and State

---

**Voluntary Petition for Non-Individuals Filing for Bankruptcy**

## ACTION BY UNANIMOUS WRITTEN CONSENT OF
## THE MEMBER OF CAPE QUARRY, LLC, a limited liability company

### September 3, 2019

The undersigned Member of Cape Quarry, LLC, a Louisiana limited liability company (the "Company"), acting in such capacity and acting in such capacity and exercising the powers granted to them in the Operating Agreement of the Company, do hereby (i) as of September 3, 2019 (the "Effective Date") consent to and adopt the resolutions set forth herein, which resolutions shall have the same force and effect as if adopted by unanimous affirmative vote at a meeting of the Company Member, respectively, duly called and held; (ii) waive all requirements of notice; and (iii) direct that this Action by Unanimous Written Consent be filed with the minutes of the proceedings of the Company.

> **RESOLVED**, that in the judgment of the Member, it is desirable and in the best interest of the Company, its creditors and other interested parties, that a Voluntary Petition under Chapter 11 of the Bankruptcy Code be filed;

> **BE IT FURTHER RESOLVED**, that Dominion Group, LLC, sole member of member of the Company, through its Managers, Joe William Cline, III and Wesley David Robert, be and are hereby authorized and directed individually or jointly, on behalf of and in the name of the Company, to execute and verify said Petition under Chapter 11 of the Bankruptcy Code, in such form as may be recommended by counsel for the Company, and to cause the same to be filed in the United States Bankruptcy Court for the Eastern District of Louisiana.

> **BE IT FURTHER RESOLVED**, that Adams and Reese LLP be and is hereby retained as counsel for the Company and is authorized to file all petitions, applications, affidavits, statements, schedules, lists and other necessary documents and to take any and all other actions that the Company deems necessary or appropriate in connection with the proceedings filed in accordance with Chapter 11 of the Bankruptcy Code.

> **BE IT FURTHER RESOLVED** that Chiron Advisory Services LLC be and is hereby retained as financial services provider to the Company and is authorized and directed to assist the Company in (i) preparation of financial forecast models, cash budgets, monthly operating reports, petitions, schedules, liquidation analyses, and financial statements related to the preparation of tax returns; (ii) performing bookkeeping, reporting, and other related financial and accounting tasks; (iii) reconciling budgets; (iv) reviewing proofs of claim and determining whether to object to said proofs of claim; (v) preparing a waterfall analysis in connection with any sales of the Company's assets; (vi) making distributions as approved by the Bankruptcy Court; (vii) preparing final reports and related documents needed to complete the administration of the Company's bankruptcy case; (viii) testify as a witness in any proceedings before the Bankruptcy Court; and (ix) otherwise assisting the Company and its other professionals and advisors as requested by the Company.

**BE IT FURTHER RESOLVED** Chiron Financial LLC be and is hereby retained as the exclusive investment banker for the Company and is authorized and directed to assist the Company in restructuring the Company's capital structure, raising capital, whether in the form of debt or equity, arranging for debtor-in-possession financing, and/or selling some or substantially all of the Company's assets.

Dated:  September 3, 2019

MEMBER:

_____
JOE WILLIAM CLINE, III, as Manager of
Dominion Group, LLC sole Member of
Cape Quarry, LLC

_____
WESLEY DAVID ROBERT, as Manager of
Dominion Group, LLC sole Member of
Cape Quarry, LLC

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **CAPE QUARRY, LLC** | § | **CASE NO. 19-_____** |
| | § | |
| **Debtor** | § | **CHAPTER 11** |
| | § | |

---

## DECLARATION OF JOE CLINE IN SUPPORT OF
## DEBTOR'S BANKRUPTCY PETITION

I, Joe William Cline, III, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information and belief:

1.    I am the Chief Executive Officer (CEO) of Dominion Group, LLC ("Dominion"), and Cape Quarry, LLC ("Cape Quarry") (collectively, "Debtors") and have held said position since September 11, 2017.

2.    As CEO of the Debtors, I have extensive knowledge of the Debtors' operations and financial condition from at least September 11, 2017 to present.

3.    Dominion is a turn-key bulk materials producer and provider, which operates marine terminals and provides transportation and logistics support serving businesses on the Mississippi River and Gulf Coast.

4.    Dominion is one of the few fully integrated limestone producers in the Mississippi River Valley/Gulf Coast market. Dominion has strategically located terminals in Southern Louisiana to service its customers for the current industrial infrastructure demand and growing future opportunities in coastal restoration. The location of these terminals gives the debtor a distinct advantage over its competitors.

5.    Cape Quarry, a wholly-owned subsidiary of Dominion, owns and operates a limestone quarry (herein after, the "Quarry") in Cape Girardeau County, Missouri. Mr. Cline formed both Dominion and Cape Quarry on September 11, 2017.

6.    The Quarry is the southern-most location on the Mississippi River that produces limestone. This results in giving the company a competitive advantage in lower transportation and logistical costs. The operational life of the quarry is in excess of 50 years given its substantial proven recoverable reserves.

7.    The Debtors' businesses were built to become a completely vertically integrated limestone distributor by self-performing all aspects of the business operations from mining, processing, marine freight, logistics, unloading, stockpiling, marketing, retail and final mile delivery to the client. Dominion is currently poised to bring on line several additional terminals servicing major construction projects and team with local vendors in the effort to further vertically integrate the company.

### Goals for Chapter 11 Filing

8.    The intent of the Chapter 11 is to provide sufficient capital to a viable business operation. The company currently has a backlog of approximately $6.5MM in addition to outstanding bids in excess of $400MM of products delivered over several years. The Debtors have opportunities from several strategic capital providers to make an investment that will allow the company to operate in a large-scale professional manner. The Chapter 11 restructuring will provide for settlement of various matters, working capital, and long-term capital.

9.    With the proper capitalization, the Debtors are both well positioned to be an industry leader in the aggregates and marine logistics industry. As previously stated, Cape Quarry is the southernmost limestone quarry on the Mississippi River, which gives Dominion and Cape

Quarry a significant advantage over competitors. Cape Quarry's close proximity to petrochemical and other industrial sites allows Dominion to reduce transportation costs to Mississippi River clients. Further, Dominion has already secured multiple purchase orders for material pending reorganization. There is significant opportunity to service petrochemical and other industrial projects scheduled to begin work. Dominion, since its recent inception, has been able to develop and maintain numerous relationships. As a result, the debtor is being considered for and is negotiating multi-year contracts with multi-national and Fortune 500 companies for industrial and construction related projects with several opportunities in excess of hundred million dollars per year.

10.     Moreover, the State of Louisiana, through the Coastal Restoration and Protection Agency (hereinafter, the "CPRA") is investing heavily in coastal protection, which utilizes a variety of aggregate materials for use in shoreline protection, levee and other infrastructure works. Cape Quarry is capable of producing such material, and business development efforts are underway with the CPRA to source Cape Quarry material.

11.     The Debtors filed for relief under the Bankruptcy Code in an effort to allow the Debtors to refinance its secured debt and to provide sufficient capital to complete the Debtors' initial capitalization and to bring the Debtors' operations to the optimal levels in order for the Debtors to realize the significant value of the Quarry's reserves, which represent the substantial assets of the Debtors, for the benefit of all constituents with an interest in the success of the Debtors' reorganization.

12.     Prior to forming Dominion and Cape Quarry, I was a founding member and co-owner of Five S Aggregate, LLC, Five S Developments, LLC, Five S Group, LLC, Five S Industrial, LLC, and Five S Transport, LLC (hereinafter, "Five-S Companies"). The Five-S

companies are engaged in the sale of aggregates, site civil prep work, concrete work, heavy hauling, and real estate development. Under my leadership, the Five-S Companies generated approximately $30,000,000 of revenue a year.

13.     Despite my best efforts, a dispute between my former business partner and I arose regarding the direction and management of the Five-S Companies. I decided it was in my best interest to leave the Five-S Companies and start Dominion and Cape Quarry

14.     My former business partner and I agreed to dissolve my ownership of the Five S Companies by way of a Redemption Agreement (hereinafter, the "Agreement"). The Agreement took months of extensive negotiations, three separate Memorandums of Understanding (hereinafter, "MOUs"), which were not honored by my former business partner, and extensive legal fees were incurred as a result.

15.     The Agreement was ultimately executed and became effective on October 13, 2017. It was expected that upon the redemption of my ownership interest in the Five-S Companies, I would receive adequate funding to start my new businesses, which did not immediately materialize.

16.     The Agreement provided, in part, upon the execution of the Agreement, that I would receive $1,700,000 from my former business partner. My former business partner delayed payment for several months causing additional capital shortage.

17.     Furthermore, the Agreement provided, in part, upon closing, that I would receive property valued at approximately $1,000,000.00-$1,500,000.00 upon the execution of the Agreement. Nevertheless, my former business partner did not transfer the property, which is now the subject of the lawsuit. Only recently has my former business partner offered to transfer the

property; however, at this point it has been significantly devalued based upon the land being materially altered.

18.     Litigation ensued between my former business partner and I, which is still ongoing. During the course of the litigation, my former business partner asserted unfounded tort claims against me.

19.     By failing to honor the Agreement, dragging on the litigation and asserting unfounded claims in the litigation, my former business partner created a condition whereby: a) I was without sufficient capital to begin my new ventures; b) I was unable to obtain credit from typical lenders in order to provide sufficient capital to begin my new ventures; and c) I was forced to divert personal funds from the capitalization of the Debtors in order to attempt to resolve the dispute with my former partner.

20.     All of the above, caused the Debtors to lose valuable business contacts and relationships.  The Debtors lacked business continuity, credit, financing, bonding, and other industry performance indicators that are only achieved over time.

21.     Despite this, the Debtors continued moving forward to becoming fully operational, using personal funds as capital.  Once the Debtors' operations began, the Debtors' start-up costs to bring the Quarry to an operational state and other costs associated with terminal developments drew from limited capital as result of the initial capitalization plan not materializing for reasons stated above.

22.     As a result, the Debtors were unable to timely pay contractors, which lead to work stoppage and additional litigation.

23.     Further complicating matters, the Mississippi River was faced with record flooding in 2018/2019.  The flooding caused Mississippi River traffic to be halted to the point where

deliveries for customers that relied on the river for business were delayed. Most importantly, the flooding caused many customers to shut their terminals down until the water receded, thus significantly reducing revenue.

24. As a result, the Debtors were unable to pay their secured and unsecured creditors, and additional litigation ensued.

25. In order provide the Debtors with sufficient capital moving forward, prior to filing for bankruptcy protection, the Debtors engaged Chiron Advisory Services, LLC ("Chiron Advisory") as financial adviser and Chiron Financial, LLC ("Chiron Financial") (collectively "Chiron") as exclusive investment banker.

26. Chiron's job, inter alia, is to examine the Debtors' financials and work with the Debtors to determine the best path to obtaining adequate financing. After discussions with Chiron and counsel, it was determined that the best means to obtain financing and reduce costs associated with litigation would be to seek debtor-in-possession financing.

By: Joe William Cline, III, Manager of Dominion Group, LLC, Sole Member of Cape Quarry, LLC

**Fill in this information to identify the case:**

Debtor name      **Cape Quarry, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF LOUISIANA

Case number (if known)   _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. **Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September  3, 2019**        X **/s/ Joe William Cline, III**
                                               Signature of individual signing on behalf of debtor

                                            **Joe William Cline, III**
                                             Printed name

                                            **Mgr of Dominion Group, LLC, Member of Cape Quarry, LLC**
                                             Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Cape Quarry, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF LOUISIANA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Agg Pro LLC 818 Hickory St Calvert City, KY 42029** | | | | | | $13,859.66 |
| **Base Rock 6801 Vo-Tech Rd Bonne Terre, MO 63628** | | | | | | $43,115.51 |
| **Breazeale, Sachse & Wilson, LLC Twenty-Third Floor One American Place P. O. Box 3197 Baton Rouge, LA 70821** | | | **Disputed** | | | $28,687.00 |
| **Buckley Powder Co 42 Inverness Dr. E Englewood, CO 80112** | | | | | | $78,950.98 |
| **Citizens Electric Corporation P. O. Box 368 Perryville, MO 63775** | | | | | | $24,000.00 |
| **Collector of Revenue 1 Barton Square Jackson, MO 63755** | | | | | | $33,426.60 |
| **Don Heil Oil Co. P. O. Box  127 Sainte Genevieve, MO 63670** | | | | | | $18,006.21 |
| **Dryer Electric 16 Saxon Memorial Drive Frohna, MO 63748** | | | | | | $13,723.79 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                                          Best Case Bankruptcy

| Debtor | **Cape Quarry, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Electrical Contractors, Inc. 2620 E. Outer Rd Rutherford, NJ 07070 | | | | | | $22,903.67 |
| Horton Supply Co 518 N. Jefferson Springfield, MO 65806 | | | | | | $57,068.21 |
| Magotteaux, Inc. 725 Cool Springs Blvd. #200 Franklin, TN 37067 | | | | | | $13,624.48 |
| Metal Cutters LLC 803 Enterprise Cape Girardeau, MO 63703 | | | | | | $9,745.81 |
| MSC Industrial Supply Co. P. O. Box 953635 Saint Louis, MO 63195-3635 | | | | | | $14,315.18 |
| Richardson Tire, Co. 4901 Nash Rd. Cape Girardeau, MO 63703 | | | | | | $5,804.50 |
| Roland Machinery Co. 816 N. Dirksen Parkway Springfield, IL 62702 | | | | | | $6,245.76 |
| Ryan Samuel Istre 1231 South Columbine Baton Rouge, LA 70808 | | | | | | $275,000.00 |
| Santie Oil 126 Larcel Drive P. O. Box  1108 Sikeston, MO 63801 | | | | | | $41,605.87 |
| Shaw Heavy Equipment Repair 404 East Fourth Street Sparta, IL 62286 | | | | | | $13,928.96 |
| Sinfabco #4 Heil Drive Marissa, IL 62257 | | | | | | $6,650.00 |
| Travelers Insurance P. O. Box 2927 Hartford, CT 06104 | | | | | | $47,092.95 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

## United States Bankruptcy Court
### Eastern District of Louisiana

In re   **Cape Quarry, LLC** _____   Case No. _____

                                           Debtor(s)     Chapter   **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Mgr of Dominion Group, LLC, Member of Cape Quarry, LLC of the corporation named as the debtor in this case, hereby verify

that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **September  3, 2019** _____     **/s/ Joe William Cline, III** _____

                                                                       **Joe William Cline, III/Mgr of Dominion Group, LLC, Member of**
                                                                       **Cape Quarry, LLC**
                                                                       Signer/Title

.

Agg Pro LLC
818 Hickory St
Calvert City, KY 42029


Airgas USA, LLC
844 Kingshighway St.
Cape Girardeau, MO 63703


Base Rock
6801 Vo-Tech Rd
Bonne Terre, MO 63628


Berri Exploration Services
4352 Holly Hills Blvd.
Saint Louis, MO 63116


Big River Communication
24 S. Minnesota Ave.
P. O. Box 1659
Cape Girardeau, MO 63702-1659


Blanton,Nickell, Collins, Douglas & Hans
219 South King Highway
P. O. Box 805
Sikeston, MO 63801


Breazeale, Sachse & Wilson, LLC
Twenty-Third Floor
One American Place
P. O. Box 3197
Baton Rouge, LA 70821


Buckley Powder Co
42 Inverness Dr. E
Englewood, CO 80112


Cape Porta-Potty
3081 County Road 651
Cape Girardeau, MO 63701


Cape Starter & Alternator Service, Inc.
845 South Kingshighway
Cape Girardeau, MO 63701

Certified Laboratories
23261 Network Place
Chicago, IL 60673


Charles Milner, Jr.
2938 Bocage Lake
Baton Rouge, LA 70809


Citizens Electric Corporation
P. O. Box 368
Perryville, MO 63775


Clerk Water Well Service, Inc.
4030 State Highway Y
Jackson, MO 63755


Collector of Revenue
1 Barton Square
Jackson, MO 63755


Concord Publishing
through its registered agent
Jon K. Rust
301 Broadway, P. O. Box 699
Cape Girardeau, MO 63702


Don Heil Oil Co.
P. O. Box 127
Sainte Genevieve, MO 63670


Dryer Electric
16 Saxon Memorial Drive
Frohna, MO 63748


Electrical Contractors, Inc.
2620 E. Outer Rd
Rutherford, NJ 07070


Environmental Analysis South, Inc.
4000 East Jackson Blvd.
Jackson, MO 63755


Erb Equipment Co., Inc.
1421 S.W. End Blvd.
Cape Girardeau, MO 63703

Fabick Bros. Equipment Co.
through its registered agent
Mike Jansen
One Fabick Drive
Fenton, MO 63026


Fisher Auto Parts
2350 Rust Ave
Cape Girardeau, MO 63703


Flori Hearing , Cooling & Plumbing
1905 Rust Avenue
Cape Girardeau, MO 63703


Fruitland Hardware
5943 US Highway 61
Jackson, MO 63755


Gilson Co. Inc.
P. O. Box 200
7975 N. Central Dr.
Lewis Center, OH 43035


Halter Gas, Co.
P. O. Box 157
8302 State Hwy 77
Oran, MO 63771


Hayden Machinery, LLC
4358 W. Livery Ln
Springfield, MO 65802


Home City Ice
P. O. Box 111116
Cincinnati, OH 45211


Horton Supply Co
518 N. Jefferson
Springfield, MO 65806


Hose-Mart, LLC
RR 5 Box 3195
Marble Hill, MO 63764

Hughes Net
through its registered agent
CSC-Lawyers Incorporating Services Co.
221 Boliver St
Jefferson City, MO 65101

James Auto Body and Glass
2321 Bloomfield Road
Cape Girardeau, MO 63703

Magotteaux, Inc.
725 Cool Springs Blvd. #200
Franklin, TN 37067

Metal Cutters LLC
803 Enterprise
Cape Girardeau, MO 63703

Michael Scott Cain
6527 State Highway C
Altenburg, MO 63732

Missouri Dept of Agriculiture
P. O. Box 630
Jefferson City, MO 65102

Missouri Dry Dock & Repair
500 Aqyansu St,
Cape Girardeau, MO 63702

MSC Industrial Supply Co.
P. O. Box 953635
Saint Louis, MO 63195-3635

O.D.A.C.S., Inc.
836 Kingshighway St.
Cape Girardeau, MO 63703

Pete Tanners Solid Waste
P. O. Box 158
Delta, MO 63744

Purcell Tire Company
5308 U.S. Highway 61
Jackson, MO 63755

Reveal Graphics LLC
through its registered agent
Richard Feiner
1412 Greenway Drive
Jackson, MO 63755


Richardson Tire, Co.
4901 Nash Rd.
Cape Girardeau, MO 63703


Roland Machinery Co.
816 N. Dirksen Parkway
Springfield, IL 62702


Ryan Samuel Istre
1231 South Columbine
Baton Rouge, LA 70808


Saint Francis Medical Center
211 St. Francis Drive
Cape Girardeau, MO 63703


Santie Oil
126 Larcel Drive
P. O. Box 1108
Sikeston, MO 63801


Shaw Heavy Equipment Repair
404 East Fourth Street
Sparta, IL 62286


Sides Metal Products
39 N. Broadview
Cape Girardeau, MO 63701


Sinfabco
#4 Heil Drive
Marissa, IL 62257


St. Louis Testing Laboratories
2810 Clark Ave.
Saint Louis, MO 63103

Travelers Insurance
P. O. Box 2927
Hartford, CT 06104