Joe W. Cline III
16139 Feliciana Ave.
Prairieville LA 70769
iamtreycline@gmail.com
2253339003

FILED

2024 JUL -9  A 10: 50

07-05-2024

United States Bankruptcy Court
Eastern District of Louisiana Section A

Re: Request for Relief and Exception for Reimbursement of Payments –
Case No. 19-12367 / 19-12366

Dear Judge Grabill,

I am writing to request relief and an exception regarding the reimbursement of
payments made into the debtor in possession account for wages and employment
benefits in the bankruptcy case of Cape Quarry LLC, Case No.19-12367. The following
outlines the circumstances and my request for relief.
I was a principal and employee of the debtor.
On 5-12-2020, I deposited $35,000 into Cape Quarry LLC, "Debtor In Possession
Operating Account          '3001" at Regions Bank labor and benefits of employees.

Attached are copies of bank documents for the period 05-01-2020 through 05-29-2020
as evidence of the payments made.

Attempts were made to obtain reimbursement for the payment through counsel and the
court and have not yet been reimbursed for the amounts paid.

I was made to understand that my claim would be handled appropriately within the
bankruptcy proceedings. I was told that we would have to do either a purchase order or
a DIP loan to account for the transaction and the money was classified as a "super
priority" and/or "administrative" type of claim. I have since learned this was an error.
The date for filing claims has lapsed, leaving me without a formal claim filed for
reimbursement.

Given the circumstances, I respectfully request an exception to the lapsed date for filing
claims and am seeking relief in the form of reimbursement for the payments made.

This request is justified, and the payment was made in good faith being well intended
for the continuity of wages and other business. Making the reimbursement payment will
not impair the reorganized company. I have experienced the most substantial negative
financial impact and being unreimbursed for this amount further complicates my
financial situation.

I respectfully request that the court grant this request for relief and an exception for the reimbursement of the payments made. I am available for a hearing or to provide additional information as needed.

Thank you for your consideration.

Respectfully,

Trey Cline

Attachments:
- bank documents for the period 05-01-2020 through 05-29-2020

**REGIONS**

Jefferson Hwy
7777 Jefferson Highway
Baton Rouge, LA 70809

CAPE QUARRY, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
1201 AIRLINE HWY
BATON ROUGE LA 70805-1002

**ACCOUNT #** 3001

| | |
|---|---|
| | 001 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1 of 3 |

## LIFEGREEN BUSINESS CHECKING
### May 1, 2020 through May 29, 2020

## SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | $4,871.57 | Minimum Balance | $913 |
| Deposits & Credits | $71,516.11 + | Average Balance | $5,093 |
| Withdrawals | $73,870.78 − | | |
| Fees | $45.00 − | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $0.00 − | | |
| Ending Balance | $2,471.90 | | |

## DEPOSITS & CREDITS

| | | | |
|---|---|---|---|
| 05/12 | Deposit - Thank You | | 35,000.00 |
| 05/21 | Wire Transfer Rigid Construc | | 36,516.01 |
| 05/22 | Deposit - Thank You | | 0.10 |
| | | Total Deposits & Credits | $71,516.11 |

## WITHDRAWALS

| | | | |
|---|---|---|---|
| 05/05 | Wire Transfer Aggpro LLC | | 1,000.00 |
| 05/07 | Payroll | Tax Cape Quarry LI 13127860 | 2,419.00 |
| 05/12 | Bank Debit | | 1,558.87 |
| 05/12 | Bank Debit | | 4,026.69 |
| 05/12 | Bank Debit | | 5,175.81 |
| 05/12 | Bank Debit | | 24,747.44 |
| 05/22 | Bank Debit | | 130.00 |
| 05/22 | Bank Debit | | 24,498.97 |
| 05/26 | Bank Debit | | 3,500.00 |
| 05/26 | Att | Payment Dominion Group 123860003col1x | 767.64 |
| 05/27 | Bcbsla | Bcbsla Cape Quarry LI 34r46erc0000 | 5,701.36 |
| 05/29 | Intuit | Quickbooks Cape *Quarry 1083515 | 70.00 |
| 05/29 | Payroll Service Fee Cline, Callie 13127860 | | 275.00 |
| | | Total Withdrawals | $73,870.78 |

**For all your banking needs, please call 1-800-REGIONS (734-4667)**
**or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)**



**Thank You For Banking With Regions!**
2020 Regions Bank Member FDIC. All loans subject to credit approval.

 **REGIONS**

**Regions Bank**
Jefferson Hwy
7777 Jefferson Highway
Baton Rouge, LA 70809

CAPE QUARRY, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
1201 AIRLINE HWY
BATON ROUGE LA 70805-1002

**ACCOUNT #**               **3001**

|  |  |
|---|---|
|  | 001 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 2 of 3 |

## FEES

| | | | |
|---|---|---|---|
| 05/05 | Wire Transfer Wire Fee | | 25.00 |
| 05/11 | Analysis Charge | 04-20 | 5.00 |
| 05/21 | Wire Transfer Wire Fee | | 15.00 |
| | | Total Fees | $45.00 |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 05/05 | 3,846.57 | 05/12 | 913.76 | 05/26 | 8,518.26 |
| 05/07 | 1,427.57 | 05/21 | 37,414.77 | 05/27 | 2,816.90 |
| 05/11 | 1,422.57 | 05/22 | 12,785.90 | 05/29 | 2,471.90 |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

## Easy Steps to Balance Your Account

| | | Checking Account | |
|---|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ | |
| 2. | Enter any deposits which have not been credited on this statement. | $ + | |
| 3. | Total lines 1 & 2 | $ = | |
| 4. | Enter total from 4a (column on right side of page) | $ - | |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = | |

4a  List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks.  A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama  35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is  an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error. If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.  .

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

**REGIONS**  Checking Debit

| | | | |
|---|---|---|---|
| Date/Time | 05/12/2020 2:15 P | Tran Name | Withdrawal | Amount | 35000.00 |
| Bank/Branch# | 003 LA00038 | GJ Tran Code | 11FR1 | ID Info | DL |
| Trans#/Post Mode | 113 N | Account # | 0143116361 | ID Expiration | 09/28/2021 |
| Teller#/User | 09 B3KRD | Customer Name | MARY ANN CHATEGNER-CLINO | Issue | 07/24/2018 |
| | | Keyed Name | | | |
| | | TIN Zzz | | | |

c:5000=0006c:  0143116361✓58/0003500000/

2020051230581434698609

Posting Date May 12 2020 DB/CR D Amount $35,000.00 Item Bank 1 Account 143116361
Posting
Seq No 3000016460 Business Unit
Seq No 305814346986

Posting Date May 12 2020 DB/CR D Amount $35,000.00 Item Bank 1
Account 16381 Posting
Seq No 3000016460 Business Unit
Seq No 305814346986

---

**REGIONS**  Checking Credit

| | | | |
|---|---|---|---|
| Date/Time | 05/12/2020 2:15 P | Tran Name | Checking Deposit | Total Amount | 35000.00 |
| Bank/Branch# | 003 LA00038 | GJ Tran Code | 11FR1 | Total Cash | 0.00 |
| Trans#/Post Mode | 113 N | Pay To | | Total Check | 0.00 |
| Teller#/User | 09 B3KRD | Account # | 0264573001 | Cash Back | 0.00 |
| | | Customer Name | CAPE QUARRY | | |
| | | Total Items | | | |
| | | Keyed Name | | | |
| | | TIN Pay | | | |

c:5000=2006c:  0264573001✓20/0003500000/

2020051230581434698509

Posting Date May 12 2020 DB/CR C Amount $35,000.00 Item Bank 1 Account 264573001
Posting
Seq No 3000016459 Business Unit
Seq No 305814346985

Posting Date May 12 2020 DB/CR C Amount $35,000.00 Item Bank 1
Account '3001 Posting
Seq No 3000016459 Business Unit
Seq No 305814346985

transfer was Made
from personal to Cape Quarry
Acct
_____

see Attached
larger tickets

**REGIONS**                           Checking Debit

| | | | | | |
|---|---|---|---|---|---|
| Date/Time: | 05/12/2020 2:15 P | Tran Name: | Withdrawal | Amount: | 35000.00 |
| Bank/Branch#: | 003 LA03058 | EJ Tran Code: | TTFR1 | ID Info: | DL |
| Tran#/Proc Mode: | 113 N | Account #: | 6361 | ID Expiration: | 06/26/2024 |
| Teller#/User: | 09 B3KR0 | Customer Name: | MARY ANN CHATEGNIER-CLINE | Issue: | 07/24/2018 |
| | | Keyed Name: | | | |
| | | TIN Zip: | | | |

⑆5000⑈0006⑆                                    ⑈6361⑈58⑉0003500000⑉

2020051230581434698 6  09

| | |
|---|---|
| Posting Date | May 12 2020 |
| DB/CR | D |
| Amount | $35,000.00 |
| Item Bank | 1 |
| Account | .6361 |
| Check No | 0 |
| Posting Seq No | 3000016460 |
| Business Unit Seq No | 305814346986 |

*Withdrawal from personal to cape* (handwritten)

**REGIONS**                                 Checking Credit

| | | | | | |
|---|---|---|---|---|---|
| Date/Time: | 05/12/2020 2:15 P | Tran Name: | Checking Deposit | Total Amount: | 35000.00 |
| Bank/Branch#: | 003 LA03058 | EJ Tran Code: | TTFR1 | Total Cash: | 0.00 |
| Tranf#/Proc Mode: | 113 N | Pay To: | | Total Check: | 0.00 |
| Teller#/User: | 09 B3KR0 | Account #: | 3001 | Cash Back: | 0.00 |
| | | Customer Name: | CAPE QUARRY | | |
| | | Total Items: | | | |
| | | Keyed Name: | | | |
| | | TIN Zip: | | | |

⑈5000⑈2006⑈          3001⑈⑈20⑈⑈0003500000⑈⑈

20200512305814346985  09

| | |
|---|---|
| Posting Date | May 12 2020 |
| DB/CR | C |
| Amount | $35,000.00 |
| Item Bank | 1 |
| Account | 3001 |
| Check No | 0 |
| Posting Seq No | 3000016459 |
| Business Unit Seq No | 305814346985 |